Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiff,
LAWRENCE PAYNE

AMIR NASSIHI (SBN 235936)
anassihi@shb.com
JASON M. RICHARDSON (SBN 250916)
jmrichardson@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

Attorneys for Defendant
NISSAN NORTH AMERICA, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PAYNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00772-KJM-DB<br><br>Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Deborah L. Barnes<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES**<br><br>State Complaint Filed: March 20, 2023<br>Removal Date: April 24, 2023. |

**Order**

The Court, having considered the Stipulation to Continue Dates ("Stipulation") filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
   a. Completion of Fact Discovery:  2/22/24
   b. Expert Witness Disclosures (Initial):  3/7/24
   c. Expert Witness Disclosures (Rebuttal):  3/28/24
   d. Expert Discovery Cut-Off:  4/29/24
   e. Dispositive Motions Shall Be Filed By:  6/21/24
2. The deadlines/dates are continued as follows:
   a. Completion of Fact Discovery:  6/27/24
   b. Expert Witness Disclosures (Initial):  7/11/24
   c. Expert Witness Disclosures (Rebuttal):  7/25/24
   d. Expert Discovery Cut-Off:  8/26/24
   e. Dispositive Motions Shall Be Filed by:  10/25/24, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE